SOHEIL BAHARI, ESQ. (BAR NO. 297162)
WILLIAM GRAVES, ESQ. (BAR NO. 347534)
**LYFE LAW, LLP**
864 S. Robertson Blvd., 3rd Floor
Los Angeles, California 90035
Telephone: (888) 203-1422
Facsimile: (888) 203-1424
Email: SoheilB@Lyfe.com
Email: WilliamG@Lyfe.com

Attorneys for Plaintiff
PAULINE HERNANDEZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE HERNANDEZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a corporation; and DOES 1 to 100, inclusive;<br><br>Defendants. | Case No.: 4:21-cv-00686-HSG<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Unlimited Civil Action:<br>**Assigned to Hon. Haywood S. Gilliam, Jr.** |

Plaintiff Pauline Hernandez and Defendant Costco Wholesale Corporation hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: April 12, 2023                                                                                           **LYFE LAW, LLP**

/s/ Soheil Bahari
By: SOHEIL BAHARI, ESQ.
Attorney for Plaintiff
PAULINE HERNANDEZ

---

1  Dated: April 12, 2023                    **PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ**

3                                            **/s/Daphne Beletsis**
4                                            DAVID F. BEACH
                                             DAPHNE A. BELETSIS
5                                            Attorneys for Defendant
                                             COSTCO WHOLESALE CORPORATION

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: April 17, 2023

*Haywood S. Gilliam Jr.*

**HON. HAYWOOD S. GILLIAM, JR.**
**UNITED STATES DISTRICT JUDGE**